# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAIN A. GONZALES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF CLOVIS, CLOVIS POLICE DEPARTMENT, CHIEF JANET DAVIS, AND DOES 1-20,<br><br>　　　　　Defendants. | 1:12-CV-00053 AWI SKO<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Document 2) |

By application filed on January 11, 2012, Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has submitted an application that makes the showing required by § 1915 (a).

Accordingly, the request to proceed in forma pauperis is HEREBY GRANTED. 28 U.S.C. § 1915 (a).

IT IS SO ORDERED.

**Dated:    January 17, 2012**　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1