1
2
3
4
5
6
7
8     # UNITED STATES DISTRICT COURT
9     ## EASTERN DISTRICT OF CALIFORNIA
10

| | | |
|---|---|---|
| CAIN A. GONZALES, | ) | 1:12-CV-00053 AWI SKO |
| 　　　　　Plaintiff, | ) | |
| | ) | |
| 　　v. | ) | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| | ) | |
| CITY OF CLOVIS, CLOVIS POLICE DEPARTMENT, CHIEF JANET DAVIS, AND DOES 1-20, | ) | (Document 2) |
| 　　　　　Defendants. | ) | |

11
12
13
14
15
16
17
18

19        By application filed on January 11, 2012, Plaintiff has requested leave to proceed in

20   forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has submitted an application that makes

21   the showing required by § 1915 (a).

22        Accordingly, the request to proceed in forma pauperis is HEREBY GRANTED.

23   28 U.S.C. § 1915 (a).

24

25   IT IS SO ORDERED.

26   **Dated:   January 17, 2012**　　　　　　　　　　/s/ Sheila K. Oberto
                              UNITED STATES MAGISTRATE JUDGE
27
28                                    1